UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RUPERT BROWN,

        Petitioner,

  -against-                            **MEMORANDUM & ORDER**

                                            06-CV-5347 (NGG) (RML)

UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES,

        Respondent.

------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge:

      Petitioner Rupert Brown ("Brown" or "Petitioner") seeks an order directing the United States Citizenship and Immigration Services ("USCIS") to review the decision of USCIS denying his application for naturalization. By letter dated December 11, 2007 (Letter from Assistant United States Attorney Elliot M. Schachner to the court, Docket Entry # 13), Defendant informed the court that USCIS has reconsidered its decision and, upon reconsideration, has granted Petitioner's application. Petitioner was naturalized on November 28, 2007. (Id.)

      Accordingly, as Petitioner's requested relief is now moot, the court dismisses this action with prejudice and without costs or attorney's fees to any party. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

Dated: December 13, 2007                                   /s Nicholas G. Garaufis
      Brooklyn, N.Y.                                      NICHOLAS G. GARAUFIS
                                                          United States District Judge